UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LONNIE LEE SMALL, JR.,

    Plaintiff,

v.                                        Case No.: 2:25-cv-378-SPC-KCD

COLLIER COUNTY SHERIFF'S
OFFICE and COLLIER COUNTY
JAIL CENTER,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court is *pro se* Plaintiff Lonnie Lee Small, Jr.'s Constitutional Challenges to the Three (3) Strikes Provision and Being Denied (Paper) Legal Copies from Courts (Doc. 1). Small is an inmate in the Collier County Jail. Earlier this year, United States District Judge John Badalamenti dismissed a complaint Small filed under the 28 U.S.C. § 1915's three-strikes rule. *See Small v. Collier Cnty. Sheriff's Office*, No. 2:23-cv-78-JLB-NPM, Order of Dismissal (Doc. 5, entered Feb. 5, 2025). The Clerk initially docketed Small's challenge in that earlier, closed case, but Judge Badalemanti construed it as a complaint and ordered the Clerk to open a new case. The Court thus reviews the challenge under § 1915(e)(2) and (g).

As Judge Badalamenti explained in his Order of Dismissal, Small is a three-strike litigant, and any complaint he files must be accompanied by a $402 filing fee. Small's failure to pay the fee when filing the construed complaint warrants dismissal. The construed complaint is also meritless. Small argues the three-strikes rule violates his First Amendment right of access to the courts. The Eleventh Circuit has found the three-strikes rule constitutional. The First Amendment does not guarantee free or unlimited access to the courts, and Congress is free to impose limits on prisoners and detainees with three strikes. *Daker v. Jackson*, 942 F.3d 1252, 1257 (11th Cir. 2019).

For these reasons, Small's construed complaint (Doc. 1) is **DISMISSED**. The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 9, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record